| | | | |
|---|---|---|---|
| AUSA: | Darrin Crawford | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | | | |
| Special Agent: | Jesus Jimenez | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Quantez Smith-Thedford

Case No.  Case: 2:25−mj−30517
Assigned To : Unassigned
Assign. Date : 8/14/2025
Description: USA V.
SMITH−THEDFORD (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 13, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jesus Jimenez, Special Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 14, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Jesus I. Jimenez, being first duly sworn, hereby state:

**INTRODUCTION**

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516, Title 18, United States Code. I have been employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, as a Special Agent ("SA") since May of 2020. I completed the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ATF Special Agent Basic Training Program in Glynco, Georgia.

3. Prior to becoming a Special Agent with ATF, I was a police officer with the Detroit Police Department ("DPD") for approximately seven years. During my employment with DPD, I was assigned to multiple specialized units where I participated in hundreds of arrests

and investigations.

4. The information in this affidavit is for the limited purpose of establishing probable cause and does not contain all details or all facts relating to this investigation.

## PROBABLE CAUSE

5. On August 11, 2025, I obtained a federal search warrant for Quantez SMITH-THEDFORD's residence located in Detroit, Michigan. On August 13, 2025, members of ATF with assistance from Michigan Department of Corrections ("MDOC"), and the Detroit Police Department ("DPD") executed the warrant. SMITH-THEDFORD was detained in the living room of the residence.

6. After the residence was secured, a systematic search was conducted. In the southeast corner bedroom, agents found SMITH-THEDFORD's Michigan State identification card; mail addressed to SMITH-THEFORD; one Glock, Model 19X, .9mm caliber pistol; and an extended magazine with twenty-nine (29) rounds of .9mm caliber ammunition.



7.  I reviewed an associated Instagram which revealed numerous photographs of SMITH-THEDFORD and an August 03, 2025 a video story where SMITH-THEDFORD is observed with a suspected Tan colored Glock style firearm and an extended magazine with a red base plate.



8. On June 28, 2025, through fixed surveillance footage, I observed SMITH-THEDFORD in front of his residence operating a cellphone while in possession of a firearm with a red base plated extended magazine similar in appearance to that observed on the Instagram account.

9. The firearm recovered during the Federal Search Warrant appeared to be the same firearm found in the Instagram video story and in the video surveillance.




10. I reviewed SMITH-THEDFORD's computerized criminal history and Michigan's Third Judicial Circuit Court records, which revealed the following felony conviction.

    a. On or about June 08, 2016, SMITH-THEDFORD was convicted of two counts, Felony Robbery-armed (offenses punishable by more than one year imprisonment), in the Third Judicial Circuit Court, Wayne County. I reviewed Michigan Department of Corrections (MDOC) records which

showed he served approximately 8 years in prison. SMITH-THEDFORD is currently on parole with MDOC. Because SMITH-THEDFORD is a convicted felon, as well as on parole, he is prohibited from possessing, purchasing and manufacturing firearms.

11. On August 13, 2025, I conducted a recorded interview with SMITH-THEDFORD.  During the interview, SMITH-THEDFORD acknowledged to being in possession of the firearm while being a prohibited person.

12. On August 13, 2025, I contacted Special Agent Michael Jacobs, an ATF Interstate Nexus Expert, and provided him a description of the firearm recovered. Based upon the description, Special Agent Jacobs advised that the firearm is a firearm as defined under 18 U.S.C. § 921. He also advised that the firearm was manufactured outside of the state of Michigan after 1898 and therefore had traveled in and affected interstate commerce.

## CONCLUSION

13. Probable cause exists that Quantez Trevon SMITH-THEDFORD, a prior convicted felon, was in possession of the above-

described firearm. The recovered firearm has previously traveled in foreign or interstate commerce. Given SMITH-THEDFORD previously served 8 years in prison in the MDOC, current parole status, and his admission, probable cause also exist that SMITH-THEDFORD knew he had previously been convicted of an offense punishable for more than a year imprisonment. Therefore, probable cause exists that Quantez Trevon SMITH-THEDFORD committed violations of Titles 18 U.S.C. § 922(g)(1) Felon in Possession, within the Eastern District of Michigan.

Respectfully submitted,

_____
Jesus I. Jimenez, Special Agent
Bureau of Alcohol, Tabacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: August 14, 2025